# United States Court of Appeals
## For the First Circuit

No. 16-2064

LUZ Z. MORALES-MELECIO; MARÍA I. MARTÍNEZ-ORTIZ;
EMILIO MATOS-PÉREZ; MARIELA MATOS-MARTÍNEZ,

Plaintiffs, Appellants,

v.

UNITED STATES (Department of Health and Human Services),

Defendant/Third-Party Plaintiff, Appellee,

v.

EMERGENCY PRACTICE MANAGEMENT, P.S.C.; HOSPITAL
UNIVERSITARIO DR. RAMÓN RUIZ ARNAU; DR. LUIS E. MEJÍAS-
BETANCOURT; DR. RICARDO ROSARIO-MENDOZA; DR. MINELY
MARTÍNEZ-VELÁSQUEZ; DR. LUIS RODRÍGUEZ-ROSELLÓ,

Third-Party Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on May 21, 2018, is amended
as follows:

On page 11, fourth to last line of footnote 11, "voluntarily"
should be changed to "voluntary"